REGIONAL SCHOOL DISTRICT NUMBER 4 *v.*
UNITED PACIFIC INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 175, is denied.

*James D. Reardon,* in support of the petition.

*J. Paul Kane,* in opposition.

Decided July 2, 1985

HOPE B. RUDEWICZ *v.* WALTER K. RUDEWICZ

The defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 704, is denied.

*Wesley W. Horton,* in support of the petition.

*Sanford J. Plepler,* in opposition.

Decided July 2, 1985

SOCIETY FOR SAVINGS *v.* ROBERT H. KALECHMAN
ET AL.

The named defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Robert H. Kalechman,* pro se, in support of the petition.

*Donald G. Rosenberg,* in opposition.

Decided July 2, 1985

STANLEY V. TUCKER *v.* PAUL B. CRIKELAIR ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 150, is denied.

*Stanley V. Tucker,* pro se, in support of the petition.

*John Bullock,* in opposition.

Decided July 2, 1985